THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Cassandra Ann Staley,       
Appellant.
 
 
 

Appeal From Greenville County
John W. Kittredge, Circuit Court Judge

Unpublished Opinion No. 2003-UP-649
Submitted August 20, 2003  Filed November 6, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia, Robert M. Ariail, 13th Circuit Solicitor's Office, of Greenville, 
 for Respondent.
 
 
 

PER CURIAM: Cassandra Ann Staley pleaded 
 guilty to two counts of shoplifting.  At her guilty plea hearing, a probation 
 revocation hearing was also held.  Staley received an eight-year prison sentence 
 for the shoplifting charges, and her probationary sentence was revoked in full.  
 On appeal, Staley argues the trial judge violated the mandate of Boykin v. 
 Alabama, 395 U.S. 238 (1965), by accepting her guilty plea because it was 
 not knowingly and voluntarily entered.  Pursuant to Anders v. California, 
 386 U.S. 738 (1967), Staleys counsel attached to the brief a petition to be 
 relieved as counsel, stating after a review of the record he found the appeal 
 had no merit.  Staley did not file a separate pro se brief.  After 
 a thorough review of the record and counsels brief pursuant to Anders v. 
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Staleys appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.